PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
HEIDI L. TRIESCH
Special Assistant United States Attorney
     Office of the General Counsel
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (206) 615-3748
     Email: Heidi.Triesch@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEAN IVAN MUNOZ,<br><br>       Plaintiff,<br><br><br>     vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:23-cv-00385-BAM<br><br>STIPULATION AND [PROPOSED] ORDER<br>FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

parties, through their respective counsel of record, that the time for Defendant to respond to

Plaintiff's Complaint be extended from May 14, 2023, up to and including June 13, 2023.  This

is the Defendant's first request for an extension. Defendant requests this extension because

Defendant has been notified that a certified administrative transcript (CAR) is not yet available

in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives,

Defendant will need to review it for defects before submitting it. For these reasons, Defendant

asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 4, 2023

/s/ *Francesco Paulo Benavides\**
(*as authorized via e-mail on May 1, 2023)
Jonathan Omar Pena
Attorney for Plaintiff

Dated: May 4, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:      /s/ *Heidi L. Triesch*
Heidi L. Triesch
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including June 13, 2023, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **May 8, 2023**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE