PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, NVSB No. 14609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DEAN IVAN MUNOZ,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00385-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fifteen (15) days from July 31, 2023, up to and including August 15, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases due in the next few weeks, and now has ten cases due in in a nine-day period.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This

request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 17, 2023                /s/  Francesco Benavides*
                                     (*as authorized via e-mail)
                                     FRANCESCO BENAVIDES,
                                     Attorney for Plaintiff

Dated: July 17, 2023                 PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Social Security Administration

                           By:       /s/  Michelle A. Pavelek
                                     MICHELLE A. PAVELEK
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED that Defendant shall have a fifteen-day extension and shall respond to Plaintiff's Motion for Summary Judgment on or before August 15, 2023.
IT IS SO ORDERED.

Dated:  **July 18, 2023**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE